# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT COURT
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

LAWRENCE CLEVELAND MOSS            *

    VS                            *       CIVIL ACTION NO. B-00-110

UNITED STATES OF AMERICA           *


## O R D E R

    The Clerk of Court shall return the petition to the Petitioner LAWRENCE CLEVELAND MOSS because the Petitioner did not comply with the requirements of Rule 2 or Rule 3 governing Section 2255 cases, pursuant to 28 U.S.C. foll. § 2255 (1994).  Petitioner shall be notified by the Clerk that the petition will be dismissed if not properly filed.  Payment of filing fees is mandatory unless Petitioner is authorized by the court to proceed in forma pauperis.

    DONE at Brownsville, Texas, on this **21st** day of August 2000.


_____
Felix Recio
United States Magistrate Judge