AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

Southern _____ DISTRICT OF _____ Texas

U.S.A.

v.

Lawrence Cleveland Moss

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: B-00-110

I, Lawrence Cleveland Moss, declare that I am the (check appropriate box)

- ☐ petitioner/plaintiff
- ☒ movant (filing 28 U.S.C. 2255 motion)
- ☐ respondent/defendant
- ☐ _____ other

United States District Court
Southern District of Texas
FILED
AUG 21 2000
Michael N. Milby
Clerk of Court

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☐   No ☒
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
    
    Incarcerated for years

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment   Yes ☐   No ☒
    b. Rent payments, interest or dividends?   Yes ☐   No ☒
    c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
    d. Gifts or inheritances?   Yes ☐   No ☒
    e. Any other sources?   Yes ☐   No ☐

```
ⓜ                          ACCOUNT
0                          STATEMENT
FMC FT. WORTH*LIMITED OFFICAL USE*           DATE 08/08/00
3150 Horton Road                             PAGE No.01
Fort Worth, TX 76119
```

Account # 49839019

```
MOSS LAWRENCE CLEVELAND
     FTO
COMMISSARY RESTRICTION PER UDC 3/23/00 TO 04/05/00
```

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | 45.10 | .00 | .00 | .00 | 45.10 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000031 | 12:30 | 01-04-00 | SALE / REGULAR | 25.00- | 20.10 |
| 000044 | 17:54 | 01-04-00 | SALE / REGULAR | 10.40- | 9.70 |
| 02CC98 | 21:23 | 01-05-00 | DEPOSIT ITS FUNDS | 9.00- | .70 |
| T08840 | 11:10 | 01-11-00 | MONEY ORDER | 60.00 | 60.70 |
| 000165 | 19:00 | 01-11-00 | SALE / REGULAR | 32.55- | 28.15 |
| 000167 | 19:01 | 01-11-00 | SALE / REGULAR | 6.60 | 34.75 |
| 033741 | 20:26 | 01-11-00 | DEPOSIT ITS FUNDS | 14.00- | 20.75 |
| 039024 | 14:27 | 01-16-00 | DEPOSIT ITS FUNDS | 6.00- | 14.75 |
| T09166 | 13:41 | 01-18-00 | MONEY ORDER | 60.00 | 74.75 |
| 000137 | 18:02 | 01-19-00 | SALE / REGULAR | 51.30- | 23.45 |
| 03C6EF | 19:02 | 01-19-00 | DEPOSIT ITS FUNDS | 8.00- | 15.45 |
| 03D818 | 18:20 | 01-20-00 | DEPOSIT ITS FUNDS | 5.00- | 10.45 |
| 041570 | 20:17 | 01-23-00 | DEPOSIT ITS FUNDS | 3.00- | 7.45 |
| T09612 | 13:11 | 01-24-00 | MONEY ORDER | 50.00 | 57.45 |
| 04231E | 17:48 | 01-24-00 | DEPOSIT ITS FUNDS | 15.00- | 42.45 |
| 000008 | 16:50 | 01-25-00 | SALE / REGULAR | 40.00- | 2.45 |
| 04457D | 18:10 | 01-26-00 | DEPOSIT ITS FUNDS | 2.00- | .45 |
| T10832 | 14:04 | 02-07-00 | MONEY ORDER | 70.00 | 70.45 |
| 051A92 | 16:43 | 02-07-00 | DEPOSIT ITS FUNDS | 20.00- | 50.45 |
| 000092 | 17:47 | 02-08-00 | SALE / REGULAR | 42.35- | 8.10 |
| 000089 | 18:16 | 02-15-00 | SALE / REGULAR | 7.95- | .15 |
| T11825 | 12:31 | 02-17-00 | MONEY ORDER | 50.00 | 50.15 |
| 05E295 | 17:20 | 02-17-00 | DEPOSIT ITS FUNDS | 15.00- | 35.15 |
| 05F53D | 17:31 | 02-18-00 | DEPOSIT ITS FUNDS | 5.00- | 30.15 |
| 000034 | 17:27 | 02-22-00 | SALE / REGULAR | 29.70- | .45 |
| T12535 | 13:22 | 02-28-00 | MONEY ORDER | 45.00 | 45.45 |
| 06B740 | 17:48 | 02-28-00 | DEPOSIT ITS FUNDS | 5.00- | 40.45 |
| 06B87E | 18:26 | 02-28-00 | DEPOSIT ITS FUNDS | 10.00- | 30.45 |
| 000066 | 17:24 | 02-29-00 | SALE / REGULAR | 30.25- | .20 |
| T13185 | 13:54 | 03-06-00 | MONEY ORDER | 200.00 | 200.20 |
| 073C27 | 16:49 | 03-06-00 | DEPOSIT ITS FUNDS | 10.00- | 190.20 |
| T13363 | 12:10 | 03-07-00 | MONEY ORDER | 10.00 | 200.20 |
| 000070 | 17:55 | 03-07-00 | SALE / REGULAR | 43.65- | 156.55 |
| 0752BC | 18:21 | 03-07-00 | DEPOSIT ITS FUNDS | 6.00- | 150.55 |
| IOS012 | 13:24 | 03-09-00 | FIN. RESP. ACT | 100.00- | 50.55 |
| 07A451 | 15:03 | 03-11-00 | DEPOSIT ITS FUNDS | 10.00- | 40.55 |
| 000056 | 16:59 | 03-14-00 | SALE / REGULAR | 24.35- | 16.20 |
| 000057 | 17:00 | 03-14-00 | SALE / REGULAR | 8.50- | 7.70 |
| 000058 | 17:01 | 03-14-00 | SALE / REGULAR | 1.40- | 6.30 |
| ⓜ 07EA79 | 19:08 | 03-14-00 | DEPOSIT ITS FUNDS | 6.00- | .30 |

```
O                        ACCOUNT
 O                       STATEMENT
FMC FT. WORTH*LIMITED OFFICAL USE*              DATE 08/08/00
3150 Horton Road                                PAGE No.02
Fort Worth, TX 76119
```

Account # 49839019

```
    MOSS LAWRENCE CLEVELAND
        FTO
COMMISSARY RESTRICTION PER UDC 3/23/00 TO 04/05/00
```

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT  |        |
|---------|-------|----------|-------------------------|---------|--------|
| T14136  | 12:19 | 03-16-00 | MONEY ORDER             | 50.00   | 50.30  |
| 080DA4  | 18:05 | 03-16-00 | DEPOSIT ITS FUNDS       | 2.00-   | 48.30  |
| 08103A  | 19:28 | 03-16-00 | DEPOSIT ITS FUNDS       | 8.00-   | 40.30  |
| 0826E5  | 21:15 | 03-17-00 | DEPOSIT ITS FUNDS       | 1.00-   | 39.30  |
| 085C0B  | 16:52 | 03-20-00 | DEPOSIT ITS FUNDS       | 6.00-   | 33.30  |
| 0864DC  | 22:14 | 03-20-00 | DEPOSIT ITS FUNDS       | 8.00-   | 25.30  |
| 000068  | 17:37 | 03-21-00 | SALE / REGULAR          | 22.50-  | 2.80   |
| 08BA4E  | 15:14 | 03-25-00 | DEPOSIT ITS FUNDS       | 2.00-   | .80    |
| T15109  | 13:07 | 03-29-00 | MONEY ORDER             | 50.00   | 50.80  |
| 0919FC  | 19:58 | 03-30-00 | DEPOSIT ITS FUNDS       | 5.00-   | 45.80  |
| 092C44  | 17:53 | 03-31-00 | DEPOSIT ITS FUNDS       | 10.00-  | 35.80  |
| 000026  | 6:37  | 04-04-00 | SALE / REGULAR          | 19.80-  | 16.00  |
| 09863A  | 21:31 | 04-04-00 | DEPOSIT ITS FUNDS       | 3.00-   | 13.00  |
| 09AAF9  | 19:15 | 04-06-00 | DEPOSIT ITS FUNDS       | 3.00-   | 10.00  |
| T15936  | 12:58 | 04-07-00 | MONEY ORDER             | 100.00  | 110.00 |
| 09BE50  | 17:36 | 04-07-00 | DEPOSIT ITS FUNDS       | 10.00-  | 100.00 |
| 09E6E0  | 16:35 | 04-09-00 | DEPOSIT ITS FUNDS       | 20.00-  | 80.00  |
| 09FABF  | 16:43 | 04-10-00 | DEPOSIT ITS FUNDS       | 10.00-  | 70.00  |
| 000037  | 6:40  | 04-11-00 | SALE / REGULAR          | 58.65-  | 11.35  |
| T16434  | 10:32 | 04-13-00 | MONEY ORDER             | 50.00   | 61.35  |
| 0A70ED  | 20:30 | 04-14-00 | DEPOSIT ITS FUNDS       | 6.00-   | 55.35  |
| 000024  | 6:28  | 04-18-00 | SALE / REGULAR          | 37.25-  | 18.10  |
| 0ACD28  | 18:43 | 04-18-00 | DEPOSIT ITS FUNDS       | 3.00-   | 15.10  |
| 0AE686  | 20:51 | 04-19-00 | DEPOSIT ITS FUNDS       | 7.00-   | 8.10   |
| 0B2DBF  | 20:46 | 04-22-00 | DEPOSIT ITS FUNDS       | 8.00-   | .10    |
| T17276  | 13:55 | 04-24-00 | MONEY ORDER             | 50.00   | 50.10  |
| 0B506F  | 16:35 | 04-24-00 | DEPOSIT ITS FUNDS       | 10.00-  | 40.10  |
| 000013  | 6:19  | 04-25-00 | SALE / REGULAR          | 39.40-  | .70    |
| T18700  | 13:23 | 05-10-00 | MONEY ORDER             | 25.00   | 25.70  |
| 0CCBDE  | 18:00 | 05-10-00 | DEPOSIT ITS FUNDS       | 10.00-  | 15.70  |
| 0D0ED0  | 11:46 | 05-13-00 | DEPOSIT ITS FUNDS       | 3.00-   | 12.70  |
| 0D3E67  | 21:17 | 05-14-00 | DEPOSIT ITS FUNDS       | 2.00-   | 10.70  |
| 000125  | 12:25 | 05-16-00 | SALE / REGULAR          | 10.45-  | .25    |
| T19669  | 13:53 | 05-22-00 | MONEY ORDER             | 25.00   | 25.25  |
| 0DE859  | 18:03 | 05-22-00 | DEPOSIT ITS FUNDS       | 5.00-   | 20.25  |
| 000007  | 6:30  | 05-23-00 | SALE / REGULAR          | 18.10-  | 2.15   |
| 0E1247  | 18:19 | 05-24-00 | DEPOSIT ITS FUNDS       | 1.00-   | 1.15   |
| 0E138D  | 19:11 | 05-24-00 | DEPOSIT ITS FUNDS       | 1.00-   | .15    |
| T20169  | 13:50 | 05-30-00 | MONEY ORDER             | 50.00   | 50.15  |
| 0E9544  | 17:53 | 05-30-00 | DEPOSIT ITS FUNDS       | 5.00-   | 45.15  |
| 000009  | 6:29  | 05-31-00 | SALE / REGULAR          | 28.05-  | 17.10  |
| 0ECAD9  | 21:02 | 06-01-00 | DEPOSIT ITS FUNDS       | 7.00-   | 10.10  |
| 0EFFD4  | 20:48 | 06-03-00 | DEPOSIT ITS FUNDS       | 3.00-   | 7.10   |

```
                        ACCOUNT
0                      STATEMENT
FMC FT. WORTH*LIMITED OFFICAL USE*         DATE 08/08/00
3150 Horton Road                           PAGE No.03
Fort Worth, TX 76119
```

Account # 49839019

MOSS LAWRENCE CLEVELAND
FTO
COMMISSARY RESTRICTION PER UDC 3/23/00 TO 04/05/00

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT  |         |
|---------|-------|----------|-------------------------|---------|---------|
| 000018  | 6:32  | 06-06-00 | SALE / REGULAR          | 7.10-   | .00     |
| T21223  | 13:20 | 06-12-00 | MONEY ORDER             | 50.00   | 50.00   |
| 0FEAB7  | 17:52 | 06-12-00 | DEPOSIT ITS FUNDS       | 6.00-   | 44.00   |
| 000038  | 6:39  | 06-13-00 | SALE / REGULAR          | 27.05-  | 16.95   |
| 100357  | 20:21 | 06-13-00 | DEPOSIT ITS FUNDS       | 3.00-   | 13.95   |
| 100363  | 20:23 | 06-13-00 | DEPOSIT ITS FUNDS       | 2.00-   | 11.95   |
| 1068D4  | 17:45 | 06-18-00 | DEPOSIT ITS FUNDS       | 3.00-   | 8.95    |
| T22045  | 13:54 | 06-19-00 | MONEY ORDER             | 25.00   | 33.95   |
| 107C67  | 18:28 | 06-19-00 | DEPOSIT ITS FUNDS       | 8.00-   | 25.95   |
| 000030  | 6:47  | 06-20-00 | SALE / REGULAR          | 25.35-  | .60     |
| T22994  | 11:49 | 07-03-00 | MONEY ORDER             | 25.00   | 25.60   |
| 1193E4  | 17:47 | 07-03-00 | DEPOSIT ITS FUNDS       | 7.00-   | 18.60   |
| 11AE95  | 22:21 | 07-04-00 | DEPOSIT ITS FUNDS       | 3.00-   | 15.60   |
| 000028  | 6:48  | 07-05-00 | SALE / REGULAR          | 15.25-  | .35     |
| T23701  | 11:55 | 07-12-00 | MONEY ORDER             | 25.00   | 25.35   |
| 124DBE  | 19:41 | 07-12-00 | DEPOSIT ITS FUNDS       | 11.00-  | 14.35   |
| 000099  | 12:36 | 07-14-00 | SALE / REGULAR          | 6.00-   | 8.35    |
| T23856  | 12:41 | 07-14-00 | MONEY ORDER             | 15.00   | 23.35   |
| 1287AE  | 12:56 | 07-15-00 | DEPOSIT ITS FUNDS       | 4.00-   | 19.35   |
| 000026  | 11:46 | 07-18-00 | SALE / REGULAR          | 19.35-  | .00     |
| T25215  | 12:54 | 07-31-00 | MONEY ORDER             | 50.00   | 50.00   |
| 13C82B  | 16:37 | 07-31-00 | DEPOSIT ITS FUNDS       | 10.00-  | 40.00   |
| 000027  | 6:45  | 08-01-00 | SALE / REGULAR          | 32.00-  | 8.00    |
| 13DFB3  | 19:52 | 08-01-00 | DEPOSIT ITS FUNDS       | 5.00-   | 3.00    |
| 14245D  | 11:52 | 08-05-00 | DEPOSIT ITS FUNDS       | 3.00-   | .00     |
| T25826  | 13:29 | 08-07-00 | MONEY ORDER             | 20.00   | 20.00   |

**** TRANSACTION TOTAL ****        25.10-

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 20.00 | .00 | .00 | .00 | 20.00 |

ClibPDF - www.fastio.com