4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT COURT
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

**SEP 11 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

LAWRENCE CLEVELAND MOSS          *

        VS          *   C.A. NO. B-00-110

UNITED STATES OF AMERICA          *   (Cr. No. B99-014)


## O R D E R

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **November 7, 2000**.

DONE at Brownsville, Texas, this 6th day of September 2000.


Felix Recio
United States Magistrate Judge