UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 11 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LAWRENCE CLEVELAND MOSS | § |
| | § |
| vs. | §    CASE NO. B-00-110 |
| | § |
| UNITED STATES OF AMERICA. | § |

## REPLY TO ORDER

Comes Cleveland Moss Pro Se and files this reply to order. The Magistrate ordered to return the Petitioner's 28 U.S.C. §2255 Motion for failure to pay a fee. The Petitioner did file the requested forma pauperis forms. Further, there is no filing fee for a 28 U.S.C. § 2255 Motion. The courts order is in error.

Respectfully submitted this 29 day of August 2000.

Lawrence C. Moss
LAWRENCE CLEVELAND MOSS
#49839-019