7

United States District Court
Southern District of Texas
ENTERED

NOV 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LAWRENCE CLEVELAND MOSS | * | |
| VS | * | C.A. NO. B-00-110 |
| UNITED STATES OF AMERICA | * | (Cr. No. B99-014) |

## O R D E R

On this the 8th day of November 2000, after reviewing Respondent's, UNITED STATES OF AMERICA, "the government," Response and Motion to Order Hearing on Motion for Relief Under 28 U.S.C. § 2255 in Part, and Motion to Reform the Judgment (Pleading No. 6), the Court is of the opinion that said Motion should be **GRANTED** and hereby **ORDERS** that an evidentiary hearing be and is hereby set for December 13, 2000, at 9:00 a.m.

The United States District Clerk's Office is **ordered** to summon to the hearing the Petitioner's trial counsel, Roberto Patrick Rodriguez, P. O. Box 2155, Brownsville, Texas, 78522.

The United States Marshal is **ordered** to produce the Petitioner, LAWRENCE CLEVELAND MOSS, Reg. No. 49839-019, Federal Medical Center, P. O. Box

15330, Fort Worth, Texas, by December 11, 2000, in order that Petitioner be present at the evidentiary hearing on December 13, 2000.

Respondent's Motion to Reform the Judgment should be granted and the Court will prepare a report and recommendation to the District Judge recommending that the Judgment be reformed to reflect a sentence of four years supervised release.

SIGNED this 9th day of November 2000.

Felix Recio
United States Magistrate Judge