9

# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

DEC 13 2000

Michael N. Milby, Clerk of Court

HONORABLE Felix Recio  MAGISTRATE JUDGE PRESIDING

COURTROOM CLERK Maria (Sally) Garcia  D.U.S.M. D Atkinson

LAW CLERK: Jessica Dart   Court Reporter: Tracie Wilson

DATE: December 13, 2000 at 2:00 p.m.

*************************************************************

CIVIL No. B-00-110 (HGT)

Lawrence Cleveland Moss                    PRO SE

VS.

United States of America                   Mark M Dowd
*************************************************************

### EVIDENTIARY HEARING

All parties present;
Government confesses error as to the original sentence and will question Mr Moss as to his request of a Notice of Appeal;

Mr Moss has waived his attorney/client privilege;

Mr Dowd, attorney for the USA calls first witness, Robert Patrick Rodriguez, attorney(previous atty for Mr Moss);
Witness sworn and states he discussed a Notice of Appeal with Mr Moss;
Witness states that at the time of sentencing, he again discussed the Notice of Appeal with Mr Moss, and Mr Moss indicated on the record that he would not pursue an appeal;

Court tenders a copy of Sentencing Transcript to Mr Moss;
Letter dated 1/28/00 from Mr Moss to his attorney, entered into evidence;
Government passes the witness;

Mr Moss proceeds to question witness;
Witness excused;
The Court finds to rule in favor of Mr Moss as to the question of his  sentence;
The Court rules that there was no ineffective assistance of counsel and will prepare a Report and Recommendation to Judge Tagle;

The defendant remanded to the custody of USM.