//

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LAWRENCE CLEVELAND MOSS | § § § | |
| v. | § § | CIVIL ACTION NO. B-00-110 (CRIMINAL NO. B-99-014) |
| UNITED STATES OF AMERICA | § § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

1. The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

2. The Government's Motion to Reform the Judgment is hereby GRANTED;[3]

3. Petitioner's § 2255 Motion is hereby DENIED;[4] and

4. Petitioner's Judgment, sentencing him to a term of eight years of supervised release, is hereby REFORMED to reduce his period of supervised release to a term of four years.

DONE in Brownsville, Texas this 2nd day of February, 2001.

Hilda Tagle
United States District Judge

---

[3] Pleading No. 77.

[4] Pleading No. 76.

3